Commonwealth *v.* Saunders, Appellant.

Submitted November 9, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 15, 1971:
Judgment of sentence affirmed.

DISSENTING OPINION BY HOFFMAN, J.:

Appellant was convicted in federal district court for the armed robbery of a savings and loan institution. Subsequently, he was convicted by the Allegheny County Court of Common Pleas for the same robbery.

This conviction raises a question identical in all relevant respects with the appeal in *Commonwealth v. Mills,* 217 Pa. Superior Ct. 269, 269 A. 2d 322 (1970). For the reasons stated in my dissenting opinion in that case, I would vacate the judgment of sentence and discharge appellant on this charge.